# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-10575-AMC

BRIGID D DOYLE-WRIGHT

15033 LONDON ROAD

PHILADELPHIA, PA 19116-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRIGID D DOYLE-WRIGHT

    15033 LONDON ROAD

    PHILADELPHIA, PA 19116-

Counsel for debtor(s), by electronic notice only.

    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

                                                /S/ William C. Miller

Date: 8/9/2021                                    _____

                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee