**Fill in this information to identify the case:**

Debtor 1     BRIGID D. DOYLE-WRIGHT

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 20-10575-amc

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** PHH Mortgage Corporation      **Court claim no.** (if known): 8

**Last four digits** of any number you use to identify the debtor's account: 6009

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 12/16/2020

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | Notice of Default of $50.00 on 02/18/2021<br>Notice of Termination of $200.00 on 04/19/2021 | (3) | $ 250.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) | $ 0.00 |
| 11. Other. Specify: | | (11) | $ 0.00 |
| 12. Other. Specify: | | (12) | $ 0.00 |
| 13. Other. Specify: | | (13) | $ 0.00 |
| 14. Other. Specify: | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  BRIGID D. DOYLE-WRIGHT        Case number *(if known)* 20-10575-amc
    First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ __/s/Andrew Spivack__                    Date  07/01/2021
  Signature

**Print:**  **Andrew Spivack, Esquire (84439)**          Title  Attorney
    First Name    Middle Name    Last Name

Company  Brock & Scott, PLLC

Address  302 Fellowship Road, Suite 130
    Number    Street

    Mount Laurel, NJ 08054
    City    State    ZIP Code

Contact phone  844-856-6646 x3017            Email  PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>BRIGID D. DOYLE-WRIGHT<br><br>PHH Mortgage Corporation,<br>   Movant<br><br>vs.<br><br>BRIGID D. DOYLE-WRIGHT,<br>   Debtor. | Case No. 20-10575-amc<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice Of Postpetition Mortgage Fees, Expenses, And Charges has been electronically served or mailed, postage prepaid on July 1, 2021 to the following:

BRIGID D. DOYLE-WRIGHT
15033 LONDON ROAD
PHILADELPHIA, PA 19116

Stephen Matthew Dunne, Esq,
Dunne Law Offices, P.C.
1515 Market Street
Suite 1200
Philadelphia, PA 19102
bestcasestephen@gmail.com

Jack K. Miller, Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106
philaecf@gmail.com

William C. Miller, Bankruptcy Trustee
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

        */s/ Andrew Spivack*
        Andrew Spivack, Esquire
        (Bar No. 84439)
        Attorney for Creditor
        BROCK & SCOTT, PLLC
        302 Fellowship Road, Suite 130
        Mount Laurel, NJ 08054
        Telephone:  844-856-6646 x3017
        Facsimile:  704-369-0760
        E-Mail:  PABKR@brockandscott.com

# EXHIBIT "A"

# Brock & Scott, PLLC

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103
(336)354-1200 - phone
(336)354-1206 - fax

**INVOICE**

Invoice Date: 02/19/2021

Client:

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, NJ, 08054

Name and Address:

Wright, Herbert IV
15033 London Rd
Philadelphia, PA, 19116

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
|  |  | FHA |  | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Notice Of Default - Default Letter<br>Service Date: 02/18/2021 | Bankruptcy AOD<br>BORROWER RECOVERABLE | 50.00 |

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100
Winston-Salem, NC 27103

E-Mail: AcctsRec@brockandscott.com

**Balance Due:**    **50.00**

# **INVICE**

# **Brock & Scott, PLLC**

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  
(336)354-1200 - phone  
(336)354-1206 - fax

Invoice Date: 04/20/2021

---

Client:

PHH Mortgage Corporation  
One Mortgage Way  
Mount Laurel, NJ, 08054

Name and Address:

Wright, Herbert IV  
15033 London Rd  
Philadelphia, PA, 19116

| BK Case # and Chapter | Loan # | Loan Type | Investor # | Reason for Completion of Billing |
|---|---|---|---|---|
|  |  | FHA |  | Bankruptcy Services CH13 |

| DESCRIPTION | CLASS | AMOUNT |
|---|---|---|
| Notice Of Termination<br>Service Date: 04/19/2021 | Bankruptcy AOD<br>BORROWER RECOVERABLE | 200.00 |

---

Please include a copy of this invoice with your remittance to:

1315 Westbrook Plaza Drive, Suite 100  
Winston-Salem, NC 27103  

E-Mail: AcctsRec@brockandscott.com

**Balance Due:**     **200.00**